# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE RAY WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>KELLY HARRINGTON, Warden,<br><br>　　　　　Respondent. | ) NO. CV 09-08774 R (SS)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Sept. 12, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE