1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DONTAE RAY WILLIAMS,            ) NO. CV 09-08774 R (SS)
                                    )
12                   Petitioner,    )
                                    )
13          v.                      )         **JUDGMENT**
                                    )
14  KELLY HARRINGTON, Warden,       )
                                    )
15                   Respondent.    )
    _____)

16

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24  DATED: Sept. 12, 2011

25                                  _____
                                    MANUEL L. REAL
26                                  UNITED STATES DISTRICT JUDGE

27

28